## A93A0670. RAGAN v. THE STATE.
### (451 SE2d 127)

POPE, Chief Judge.

This court having entered a judgment by unpublished opinion in the above-styled case affirming the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 264 Ga. 190 (442 SE2d 750), judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Birdsong, P. J., and Andrews, J., concur.*

DECIDED DECEMBER 15, 1994.

*D. Wayne Rogers,* for appellant.

*Joseph H. Briley, District Attorney, Al C. Martinez, Jr., Assistant District Attorney,* for appellee.